**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| JASON T. DOVER, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:18-cv-01170-STA-egb |
| JACKSON MADISON COUNTY SCHOOL SYSTEM, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
DISMISSING PLAINTIFF'S COMPLAINT**

United States Magistrate Judge Edward G. Bryant entered his Report and Recommendation on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 2) on January 25, 2019. (ECF No. 8.) The parties have not filed objections to the Report and Recommendation. The Court has reviewed the Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 2), the Court's Order Directing Plaintiff to File a Properly Completed *In Forma Pauperis* Affidavit or Pay the Civil Filing Fee (ECF No. 7), and the Magistrate Judge's Report and Recommendation (ECF No. 8). The Court agrees with the conclusion of the Magistrate Judge. The Court hereby adopts the Magistrate Judge's Report and Recommendation pursuant to Fed. R. Civ. P. 72(b)(3). Consistent with the Report and Recommendation, Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: February 13, 2019