# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JASON T. DOVER, | JUDGMENT IN A CIVIL CASE |
|     Plaintiff, | |
| vs. | |
| JACKSON MADISON COUNTY SCHOOL SYSTEM, ET AL., | CASE NO: 18-1170-STA-egb |
|     Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Magistrate Judge's Report and Recommendation entered on February 13, 2019, this cause is hereby DISMISSED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 2/13/2019

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By)  Deputy Clerk